UNITED STATES of America,
Plaintiff—Appellee,

v.

Enrique MEZA–ORTIZ, Defendant—
Appellant.

No. 06–50658.

United States Court of Appeals,
Ninth Circuit.

Submitted May 7, 2007.\*

Filed May 14, 2007.

Randy K. Jones, Esq., USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Daniel Casillas, Esq., Law Office of Daniel Casillas, San Diego, CA, for Defendant–Appellant.

Before: KOZINSKI, GOULD and CALLAHAN, Circuit Judges.

MEMORANDUM \*\*

Appellee's unopposed motion to summarily reverse the district court's October 30, 2006 order vacating appellant's guilty plea is granted. *See United States v. Patterson*, 381 F.3d 859 (9th Cir.2004), *pet. for*

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

*rhrg. en banc denied,* 406 F.3d 1095 (9th Cir.2005).

REVERSED AND REMANDED.